No. 26-5555

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES,

*Plaintiff-Appellant*

v.

KILMAR ARMANDO ABREGO GARCIA,

*Defendant-Appellee*

---

On Appeal from the United States District Court
for the Middle District of Tennessee, Nashville Division
Waverly D. Crenshaw, Jr., U.S. District Judge, No. 3:25-cr-00115

---

**DEFENDANT-APPELLEE'S FIRST MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS BRIEF**

---

Defendant-Appellee Kilmar Armando Abrego Garcia, by and through undersigned counsel, respectfully requests that the deadline to file his brief in the above-captioned case be extended thirty days up to and including October 16, 2026, to give counsel adequate time to review the issues and draft his brief. Undersigned counsel has consulted counsel for the United States, who have no objection to this request.

Dated: August 25, 2026

Respectfully submitted,

/s/ Jeffrey L. Fisher

Sean Hecker
Jenna M. Dabbs
David Patton
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

Jeffrey L. Fisher
HECKER FINK LLP
1019 E. 4th Place, 3rd Floor
Los Angeles, CA 90013
Telephone: (212) 763-0883
Fax: (212) 564-0883
jfisher@heckerfink.com

Rascoe Dean
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant-Appellee*
*Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2026, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. Counsel for the United States are registered CM/ECF users and will be served by the CM/ECF system.

Date: August 25, 2026

/s/ Jeffrey L. Fisher

Jeffrey L. Fisher

*Counsel for Defendant-Appellee*
*Kilmar Armando Abrego Garcia*