**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **No. 26-5555** |
| | ) | |
| **Kilmar Abrego Garcia** | ) | |

# PLAINTIFF-APPELLANT'S MOTION TO EXTEND TIME TO FILE ITS REPLY BRIEF

Plaintiff-Appellant the United States of America, by and through undersigned counsel, respectfully requests that the deadline to file its reply brief in the above-captioned case be extended by 14 days, up to and including November 20, 2026, to give the government's counsel adequate time to prepare the government's reply brief in this case. Undersigned counsel has conferred with opposing counsel who has no objection to this Motion.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE
First Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
615-736-5151