**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 26, 2026

Mr. Braden H. Boucek
Mr. Robert E. McGuire
Office of the U.S. Attorney
719 Church Street
Suite 3300
Nashville, TN 37203

Ms. Jenna M. Dabbs
Mr. Sean Hecker
Ms. Alexandra Gold Kersley
Ms. Nicole Yun Lin Ng
Mr. David Patton
Ms. Thea Raymond-Sidel
Mr. Jeffrey Then
Mr. Derek Wikstrom
Hecker Fink
350 Fifth Avenue
63rd Floor
New York, NY 10118

Mr. Rascoe S. Dean
Sherrard, Roe, Voigt & Harbison
1600 West End Avenue
Suite 1750
Nashville, TN 37203

Mr. Jeffrey L. Fisher
Hecker Fink
1019 E. Fourth Place
Third Floor
Los Angeles, CA 90013

Re: Case No. 26-5555
*USA v. Kilmar Abrego Garcia*
Originating Case No. 3:25-cr-00115-1

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **November 20, 2026**. Further extensions of time are unlikely to be granted.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday
Direct Dial No. 513-564-7027